PHILIP J. POGLEDICH, COUNTY COUNSEL #197110
RONALD JOSEPH MARTINEZ, DEPUTY #262628
625 COURT STREET, ROOM 201
WOODLAND, CALIFORNIA 95695
TELEPHONE: 530-666-8172
FACSIMILE: 530-666-8279

Attorneys for County of Yolo

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN ALDER, on behalf of himself and all similarly situated individuals,<br><br>    *Plaintiff,*<br><br>vs.<br><br>COUNTY OF YOLO<br><br>    *Defendant.*<br>_____/ | Case No. 2:16-cv-01682-VC<br><br>**JOINT STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT AND ORDER**<br><br>[E.D. Cal. Local R. 144(a)]<br><br>Complaint Filed: July 20, 2016 |

THE PARTIES HEREBY STIPULATE AND AGREE that Defendant COUNTY OF YOLO may have until November 21, 2016 to file a responsive pleading to Plaintiff EVAN ALDER'S Complaint for Violation of the Fair Labor Standards Act, in order to allow Defendant sufficient time to obtain information necessary to respond to the Complaint.

This stipulation is filed pursuant to Local Rule 144(a) and because the extension is no more than twenty-eight (28) days Court approval is unnecessary.

**IT IS SO STIPULATED AND AGREED.**

Dated: November 7, 2016　　　　　　　　　　　　PHILIP J. POGLEDICH
　　　　　　　　　　　　　　　　　　　　　　　　COUNTY COUNSEL

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Ronald J. Martinez*
　　　　　　　　　　　　　　　　　　　　　　By: -------------------------------------------
　　　　　　　　　　　　　　　　　　　　　　　　RONALD J. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY COUNTY COUNSEL

|   |   |
|---|---|
| Dated: November 7, 2016 | Attorney for Defendant<br>MESSING ADAM & JASMINE LLP |

/s/ *Gary M. Messing*
By: -------------------------------------------
GARY M. MESSING
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: November 9, 2016

By: -------------------------------------------
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Vince Chhabria

**JOINT STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT AND ORDER**
-2-