1  Gary Messing, Bar No. 075363
     gary@majlabor.com
2  Jason H. Jasmine, Bar No. 215757
     jason@majlabor.com
3  **MESSING ADAM & JASMINE LLP**
   Attorneys at Law
4  980 9th Street, Suite 380
   Sacramento, California 95814
5  Telephone:     916.446.5297
   Facsimile:      916.448.5047
6
   Attorneys for Plaintiff
7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  EVAN ALDER, on behalf of himself and all similarly situated individuals, | Case No. 2:16-cv-01682-VC |
| 13 | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| 14           Plaintiff, | |
| 15       v. | Complaint Filed:        July 20, 2016 |
| 16  COUNTY OF YOLO, | Case Management Conference Date:     November 15, 2016 |
| 17           Defendant. | |

18

19

20                              **STIPULATION**

21       These stipulations are entered into by and between Plaintiff EVAN ALDER, on behalf of

22  himself and all similarly situated individuals ("the Plaintiffs") and the County of Yolo ("County"),

23  collectively, ("the Parties"), with respect to allegations and claims in the above-named Complaint,

24  "the *Alder* Complaint."  The Parties are currently engaged in settlement negotiations as to one

25  portion of the Complaint and are currently in discussions regarding case management.

26       According to the timelines currently set forth in this action, the Parties must file a Case

27  Management Statement with the Court by November 8, 2016, and appear at the Initial Case

28  Management Conference on November 15, 2016.  The County was served with the Complaint on

1  October 19, 2016.  Furthermore, the Parties have just entered into a Joint Stipulation to allow the
2  County a two-week continuance for responding to the Complaint.
3      WHEREAS, the Parties have reached this Stipulation in order to: (1) conserve resources;
4  and (2) address the costs, time, and risks of continued litigation; and (3) to continue engaging in
5  settlement discussions prior to the case management conference.
6      IT IS THEREFORE STIPULATED AND AGREED by and between the Parties to the
7  above-referenced action, through their respective attorneys of record, that the following be
8  adopted as the findings and Order of this Court:
9      1.    With the permission of the Court, the Parties agree that the initial Case
10 Management Conference be scheduled for December 20, 2016.
11     2.    With the permission of the Court, the Parties agree that the Case Management
12 Statement be filed with the Court on or before December 13, 2016.
13     **IT IS SO STIPULATED AND AGREED.**

15 Dated: November 8, 2016            PHILIP J. POGLEDICH
                                  COUNTY COUNSEL

                                  By: */s/ Ronald J. Martinez*
                                      RONALD J. MARTINEZ
                                      DEPUTY COUNTY COUNSEL
                                      Attorney for Defendant

Dated: November 8, 2016            MESSING ADAM & JASMINE LLP

                                  By: */s/ Gary M. Messing*
                                      GARY M. MESSING
                                      Attorney for Plaintiff

26 / / /
27 / / /
28 / / /

**ORDER**

Based on the Joint Stipulation of the Parties, and good cause appearing therefore,

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Parties file a Case Management Conference with the Court on or before December 13, 2016, and that the Initial Case Management Conference be set for December 20, 2016.

Dated: November 9, 2016

_____
VINCE CHHABRIA
United States District Judge