Gary M. Messing, Bar No. 75363
  gary@majlabor.com
Jason H Jasmine, Bar No. 215757
  jason@majlabor.com
D. Paul Bird II, Bar No. 202066
  paul@majlabor.com
Tylor Dominguez, Bar No. 30302
  tylor@majlabor.com
**MESSING ADAM & JASMINE LLP**
235 Montgomery St., Suite 828
San Francisco, California 94104
Telephone:   415.266.1800
Facsimile:   415.266.1128

Attorneys for Plaintiff EVAN ADLER, *et al.*

Philip J. Pogledich, Bar No. 197110
County Counsel
Ronald Martinez, Bar No. 262628
Deputy County Counsel
**OFFICE OF COUNTY COUNSEL
YOLO COUNTY**
625 Court Street, Room 201
Woodland, CA 95695
Telephone:   530.666.8172
Facsimile:   530.666.8279

Attorneys for Defendant COUNTY OF YOLO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVAN ADLER, on behalf of himself and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF YOLO,<br><br>Defendant. | Case No. 2:16-cv-01682-VC<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY DEADLINES**<br><br>The Hon. Vince Chhabria<br><br>Complaint Filed: July 20 2016 |

## STIPULATION

1. Following the close of fact discovery and the period of time for filing consents to join in this action pursuant to 29 U.S.C. section 216(b), Plaintiffs Evan Adler, *et al.* ("Plaintiffs") and Defendant County of Yolo ("Defendant") have engaged in discussions regarding a framework for a potential settlement of this lawsuit.

2. In light of these discussions, the parties have deferred exchanging initial expert disclosures and depositions of experts, in order to save the costs of further expert computations and expert discovery, while focusing the parties' efforts on settlement of this action.

3. The parties respectfully stipulate and request that the deadlines for expert discovery set forth in the Scheduling Order be modified as follows:

|  | Current Date | Stipulated Date |
|---|---|---|
| Expert disclosure: | September 5, 2017 | October 30, 2017 |
| Date of expert discovery cutoff: | November 3, 2017 | November 17, 2017 |

No other modification to the Scheduling Order is contemplated at this time.

IT IS SO STIPULATED.

Dated: August 25, 2017          MESSING ADAM & JASMINE LLP


By _____/s/_____
Gary M. Messing
Jason H Jasmine
D. Paul Bird II
Attorneys for Plaintiff EVAN ADLER, et al.

Dated: August 25, 2017          OFFICE OF COUNTY COUNSEL
YOLO COUNTY


By _____/S/_____
Ronald Martinez, Deputy County Counsel
Attorneys for Defendant COUNTY OF YOLO

00039242-1

2
STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY DEADLINES

[~~PROPOSED~~] **ORDER**

Based upon the stipulation of the parties, and good cause appearing, the Court hereby orders as follows:

The Court's Scheduling Order (Dkt. 17) is hereby modified as follows:

|  | Current Date | Stipulated Date |
|---|---|---|
| Expert disclosure: | September 5, 2017 | October 30, 2017 |
| Date of expert discovery cutoff: | November 3, 2017 | November 17, 2017 |

IT IS SO ORDERED.

Dated: September 1, 2017

_____
HON. VINCE CHHABRIA
DISTRICT COURT JUDGE