1 | Gary M. Messing, Bar No. 75363
     gary@majlabor.com
2 | Jason H Jasmine, Bar No. 215757
     jason@majlabor.com
3 | D. Paul Bird II, Bar No. 202066
     paul@majlabor.com
4 | **MESSING ADAM & JASMINE LLP**
     235 Montgomery St., Suite 828
5 | San Francisco, California 94104
     Telephone:   415.266.1800
6 | Facsimile:    415.266.1128

7 | Attorneys for Plaintiff EVAN ALDER, *et al.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN ALDER, on behalf of himself and all similarly situated individuals,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF YOLO,<br><br>        Defendant. | Case No. 2:16-cv-01682-VC<br><br>**[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>The Hon. Vince Chhabria |

# [~~PROPOSED~~] ORDER

The Court has reviewed the Parties' Joint Motion Advising Court of Settlement Administration and Seeking an Order to Dismiss Action with Prejudice and the supporting Declarations. Based on a review of the record, and good cause appearing, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. The Court has made no findings or determination regarding the law, and none of the materials or documents prepared or submitted in support of the Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice shall constitute evidence of, or any admission of, any violation of law;

2. Judgment is entered in this action, and this action is dismissed WITH PREJUDICE.

**IT IS SO ORDERED**.

Dated: August 31, 2018

**HON. VINCE CHHABRIA**
**DISTRICT COURT JUDGE**